NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF THE VIRGIN ISLANDS
## ST. CROIX DIVISION

Michael CHARLES, individually, and on behalf of all other persons born in and residing in the U.S. Virgin Islands,

    Plaintiff,

v.

U.S. FEDERAL ELECTION COMMISSION, U.S. ELECTION ASSISTANCE COMMISSION, FEDERAL VOTING ASSISTANCE PROGRAM, U.S. COMMISSION ON CIVIL RIGHTS, U.S. DEPARTMENT OF JUSTICE, CIVIL RIGHTS DIVISION, and U.S. DEPARTMENT OF JUSTICE, OFFICE OF INSULAR AFFAIRS,

    Defendants.

Civ. No. 3:11-110

ORDER

THOMPSON, U.S.D.J.

For the reasons stated in this Court's Opinion on this same day,

IT IS on this 16th day of August, 2012,

ORDERED that Defendants' Motions to Dismiss [docket #s 6, 9] are hereby GRANTED; and it is

ORDERED that Plaintiff's Complaint is DISMISSED; and it is

ORDERED that this case is CLOSED.

/s/ Anne E. Thompson
ANNE E. THOMPSON, U.S.D.J.